

# COURT OF APPEALS

REBECA C. MARTINEZ
  CHIEF JUSTICE
IRENE RIOS
LORI I. VALENZUELA
LORI MASSEY BRISSETTE
ADRIAN A. SPEARS II
H. TODD MCCRAY
VELIA J. MEZA
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

CAITLIN A. MCCAMISH,
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

June 4, 2025

Honorable Michael E. Mery
Judge, 37th Judicial District Court
Cadena-Reeves Justice Center
100 Dolorosa, 4th Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Jose Contreras
Ramos & del Cueto, P.L.L.C.
823 Hoefgen Ave.
San Antonio, TX 78210
* DELIVERED VIA E-MAIL *

Andrew Del Cueto
Ramos & Del Cueto PLLC
823 Hoefgen Ave.
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Richard Guerra
Assistant Criminal District Attorney
Paul Elizondo Tower
101 W. Nueva Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:  04-24-00311-CR, 04-24-00312-CR
        Trial Court Case Number:  2021CR5251, 2021CR5252
        Style: *The State of Texas*
               *v.*
               *Alejandro Contreras*

Enclosed please find the opinion which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Sincerely,
Caitlin A. McCamish, Clerk of Court

Krystal M. Perez
Legal Assistant, Ext. 5-3207

cc: Barbara Paulissen (DELIVERED VIA E-MAIL)
Honorable Melisa C. Skinner (DELIVERED VIA E-MAIL)
Joe D. Gonzales (DELIVERED VIA E-MAIL)
Gloria Martinez (DELIVERED VIA E-MAIL)